IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| VICTOR JERRY TURNER, ) | |
| ) | |
| Plaintiff-Appellant, ) | |
| ) | |
| v. ) | Case No.   CV 419-301 |
| ) | Appeal No. 22-11450 |
| GEORGIA DEPARTMENT OF ) | |
| CORRECTIONS, et. al., ) | |
| ) | |
| Defendants-Appellees. ) | |

O R D E R

The appeal in the above-styled action having been dismissed by the United States Court of Appeals for the Eleventh Circuit for lack of jurisdiction,

**IT IS HEREBY ORDERED** that the mandate order of the United States Court of Appeals for the Eleventh Circuit is made the order of this Court.

SO ORDERED, this 3rd day of ~~December~~ January 2023.

_____
HONORABLE DUDLEY H. BOWEN, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA